# Order

Michigan Supreme Court
Lansing, Michigan

June 5, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150661

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

SC: 150661
COA: 318654
Saginaw CC: 12-037836-FH

STEPHANIE WHITE,
　　　　　Defendant-Appellant.
_____/

　　　　On order of the Court, the application for leave to appeal the October 21, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether there was sufficient evidence presented at trial to support a determination that the arresting officer was lawfully in the defendant's house when she resisted or obstructed his attempts to arrest her son. The parties should not submit mere restatements of their application papers.

　　　　The Criminal Defense Attorneys of Michigan and Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2015



Clerk

d0602